■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL REIGADA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Sullivan, J.), rendered December 15, 1983, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to defendant's claim, his guilt was proven beyond a reasonable doubt. We also decline to reduce the sentences imposed (see, People v Suitte, 90 AD2d 80). Mangano, J. P., Brown, O'Connor and Weinstein, JJ., concur.